598 A.2d 876
STATE OF NEW JERSEY v. CASSANDRA DIXON.

June 18, 1991.

Petition for certification granted, limited to the issue of the merger of the conviction under *N.J.S.A.* 2C:35–5a into that under *N.J.S.A.* 2C:35–7; and it is further

ORDERED that the matter is summarily remanded to the Law Division for resentencing in accordance with *State v. Gonzalez*, 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.

598 A.2d 876
STATE OF NEW JERSEY v. ROBERT BURNS.

June 18, 1991.

Petition for certification granted, limited to the issue of the merger of the conviction under *N.J.S.A.* 2C:35–5a into that under *N.J.S.A.* 2C:35–7; and it is further

ORDERED that the matter is summarily remanded to the Law Division for resentencing in accordance with *State v. Gonzalez*, 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.

598 A.2d 876
STANLEY BROWN v. BOARD OF REVIEW.

June 27, 1991.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the